RUTH E. JENSEN ET AL. *v.* NATIONWIDE MUTUAL
INSURANCE COMPANY

It appearing that the plaintiffs in the above-entitled case have failed to prosecute their appeal from the Superior Court in New Haven County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed unless the plaintiffs file their brief on or before December 19, 1968.

*Vincent Villano,* for the appellants (plaintiffs).

*George E. McGoldrick,* for the appellee (defendant).

Argued December 3—decided December 3, 1968

JOHANNA FAZZOLARO *v.* CITY OF MERIDEN ET AL.

It appearing that the plaintiff in the above-entitled case has failed to prosecute her appeal from the Superior Court in New Haven County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed unless the plaintiff files her brief on or before December 19, 1968.

*Allan Scheer,* for the appellant (plaintiff).

*Peter C. Dorsey,* for the appellees (defendants Rostock).

*Morton H. Greenblatt,* assistant corporation counsel, for the appellee (named defendant).